## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**AARON ANDREW WILLIAMSON**                                                                                  **PLAINTIFF**

v.                                        **CASE NO. 4:25-CV-01188-JM**

**EQUIFAX INFORMATION SERVICES, INC.**                                                 **DEFENDANT**

### ORDER

Equifax timely removed this case from the Pulaski County Circuit Court on November 13, 2025. (Doc. 1). Williamson sought remand (Doc. 5), and Equifax moved to dismiss (Doc. 8). Before the Court could consider the motions, Williamson amended his complaint, conceding this Court's jurisdiction. (Doc. 16). Accordingly, Williamson's motions to remand (Doc. 5), to strike (Doc. 13) and to hold the case in abeyance (Doc. 14) are DENIED as Moot. Similarly, Equifax's motion to dismiss (Doc. 8) is DENIED without prejudice.

An initial scheduling order will issue.

IT IS SO ORDERED this 5th day of January, 2026.

_____
UNITED STATES DISTRICT JUDGE